■ ABRAHAM I. SCHMITH et al., as Executors of HERMAN SCHMITH, Deceased, v. HENRY FORNANDER. HENRY FORNANDER v. ROSE SCHMITH et al., as Executors of HERMAN SCHMITH, Deceased.— Motion for leave to appeal to

the Court of Appeals denied, with $10 costs.   Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.